IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:01cv1530-CWO |
| | ) |
| MICHAEL HALEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered contemporaneously with this final judgment, it is

ORDERED and ADJUDGED that the claims of the plaintiff class be and are hereby DENIED and that judgment be and is hereby entered in favor of the defendants on all of the plaintiff class' remaining claims. It is further

ORDERED that no costs be taxed.

Done this 23rd day of January, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE