IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BARBOUR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL HALEY, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.  2:01cv1530-C<br>WO |

**ORDER**

The court having entered final judgment in this case, it is

ORDERED that all remaining pending motions be and are hereby terminated.

Done this 23rd day of January, 2006.


           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE